IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, N.A., as Trustee for OMAC-3, a Mortgage Backed Security<br><br>        Plaintiff,<br><br>    v.<br><br>DENNIS J. SCHMIDT, THE INTERNAL REVENUE SERVICE, U.S. BANK, N.A. As Trustee for Terwin Mortgage Trust 2005-5SL, Asset-Backed Certificates, Series 5005-5SL, and DOES 1-25, inclusive,<br><br>        Defendants. | ) Civil No.  1:10-CV-00385-OWW-SMS<br>)<br>)<br>) **ORDER GRANTING UNITED STATES'**<br>) **UNOPPOSED MOTION FOR EXTENSION**<br>) **OF TIME TO RESPOND TO THE**<br>) **COMPLAINT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Having considered the United States' Unopposed Motion for Extension of Time to Respond to Complaint, the record contained herein, and good cause being shown, the Motion is HEREBY GRANTED and IT IS ORDERED THAT the United States shall have up to and including May 3, 2010, to respond to the Complaint.

IT IS SO ORDERED.

**Dated:   March 5, 2010**                **/s/ Oliver W. Wanger**
                                                           UNITED STATES DISTRICT JUDGE